UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOSHUA MOSES GILMORE**                                            **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 3:14cv413-CWR-FKB**

**HINDS COUNTY**                                                   **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Keith Ball, which was filed on July 15, 2015. Docket No. 29. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the Motion for Judgment on the Pleadings, Docket No. 21, is denied without prejudice.

**SO ORDERED**, this the 10th day of August, 2015.

                                                               s/ Carlton W. Reeves
                                                               UNITED STATES DISTRICT JUDGE